# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02368-JVS-SHKx | Date | October 28, 2021 |
| Title | Amazon.com Services LLC v. Terrance Clayborn | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Regarding Hearing Request**

On October 26, 2021, Clayborn filed a request for oral argument, advancing various reasons why he believes a hearing is necessary. See Dkt. No. 26.

The Court requests that Amazon file a brief, not to exceed five pages, responding to the arguments in Clayborn's request, by November 4, 2021 at 5:00 p.m.

**IT IS SO ORDERED.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |